IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARCO RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>WINTER BLUES, INC, *in personam*,<br>THE F/V WINTER BLUES,<br>OFFICIAL NO. 612146, HER<br>ENGINES, MACHINERY,<br>APPURTENANCES AND CARGO,<br>*in rem*,<br><br>    Defendants. | Case No. 3:20-cv-00002-SLG-DMS |

**ORDER RE REPORT AND RECOMMENDATION**

Before the Court at Docket 39 is Defendant's Motion to Terminate Maintenance. Plaintiff responded in opposition at Docket 41. The motion was referred to the Honorable Magistrate Judge Deborah M. Smith. At Docket 42, Judge Smith issued her Report and Recommendation, in which she recommended that the motion be denied. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is

---

[1] 28 U.S.C. § 636(b)(1).

to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2] But as to those topics on which no objections are filed, "[n]either the Constitution nor [28 U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[3]

The magistrate judge recommended that the Court deny the Motion to Terminate Maintenance. The Court has reviewed the Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation, and IT IS ORDERED that the Motion to Terminate Maintenance is DENIED.

DATED this 8th day of April, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[2] *Id.*

[3] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Case No. 3:20-cv-00002-SLG-DMS, *Ramirez v. Winter Blues, Inc.*
Order re Report and Recommendation
Page 2 of 2
Case 3:20-cv-00002-SLG-DMS   Document 47   Filed 04/08/21   Page 2 of 2